**CRIMINAL COMPLAINT**
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Yesenia Isabel Mendez**<br>DOB: 1981; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-04791MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 1, 2020, at or near Amado, in the District of Arizona, **Yesenia Mendez** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 1, 2020, at approximately 5:15 p.m., a passenger shuttle approached the Border Patrol Checkpoint located on Interstate 19 near Amado, in the district of Arizona. The shuttle was sent to secondary for an immigration inspection on all the occupants. As the occupants exited the shuttle, Border Patrol Agents (BPAs) noticed one female, identified as Yessenia Isabel Mendez, acting nervously. BPAs noticed that Mendez would not make eye contact, was speaking quickly and was constantly moving around. Due to Mendez acting nervously, BPAs asked and were granted consent by Mendez for a female BPA to conduct a search of her person. Before Mendez was searched, Mendez stated to the BPAs that she had a "pad" inside of her to help her control her bladder and that it was different than a standard tampon. After the search, BPAs believed that what was inside of Mendez was not a "pad". BPAs then asked and were granted consent by Mendez to be taken to the hospital to have an x-ray conducted. At approximately 8:13 p.m., a doctor informed BPAs that the x-ray revealed a large foreign body inside of Mendez's vaginal cavity. A bundle wrapped in black tape was then removed from Mendez's vaginal cavity. A representative sample of the contents of the bundle tested positive for the characteristics of fentanyl. The fentanyl had a total weight of 241.9 grams.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/PL<br>AUTHORIZED AUSA Kevin Hakala | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 3, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54